# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

     v.           Crim. No. 5:15-MJ-1278-1

**KRISTINA G. GRAY**

  On November 5, 2015, the above-named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

           I declare under penalty of perjury that the foregoing is true and correct.

           /s/ Eddie J. Smith  
           Eddie J. Smith  
           Supervising U.S. Probation Officer  
           310 Dick Street  
           Fayetteville, NC 28301-5730  
           Phone: 910-483-8613  
           Executed On: June 10, 2016

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated: June 10, 2016

           _____  
           Robert T. Numbers, II  
           United States Magistrate Judge